# Exhibit A

# Dominick Margarella, CPA, CFE

████████████████    ████████████████    ████████

## Professional Experience

FEDERAL BUREAU OF INVESTIGATION                          Phoenix, AZ
**FORENSIC ACCOUNTANT (GS-13)**                          September, 2009 - Present

- Identify financial records needed to prove/disprove allegations by using internal and external databases such as GMA, FINCEN, TRAC, Clear, and IC3. Specifically, data mined Medicaid information which resulted in a statewide disruption of over 200 fraudulent behavioral health providers.
- Manage over 20 various cases, covering 5 different programs, and overseeing the cases with multiple Special Agents and Assistant U.S. Attorneys. The cases are all at different stages, including investigative, pre-indictment, search and seizure, and trial preparation.
- Produce appropriate reports showing links between transactions, events, subjects and/or businesses to substantiate the criminal allegations and criminal statutes. Testified in Grand Jury or Trial six (6) times.
- Facilitate the National Indian Gaming Workgroup as the Arizona Indian Gaming Coordinator and share trends via presentations/trainings at various Casinos nationwide
- Maintain liaison contacts with the IAFCI, Local Police Departments, SAR Task Force, Financial Institutions, and other Federal Agencies. Submitted over a dozen Tripwire reports per year and gave multiple presentations to the ACFE, ASU College of Business, and Healthcare Organizations.
- Assist in drafting search warrants, debriefing the group a day prior to the search, collection of financial documents on the day of the search, interviewing subjects during a search, and final review of search materials. Contributed to over 40 interviews and proffers during 2023.
- Provide BankScan training to new users to ease the administrative burden to the Forensic Accountants and as the local administrator provide enhancements to the programmers
- Mentor the newly hired Forensic Accountants to provide insight on best practices, asset identification, Sentinel reporting, and compiling information for a promotion package
- Served twice as a FACTS counselor and gave guidance on case materials and job expectations
- Provide rankings for the employee award recognition team and improve the calculation method
- Assist in the hiring process of future Forensic Accountants and Summer Interns
- Contributing member on two Tech Teams, BankScan and FINCEN, that published training materials and videos for new users
- Leadership Skills Assessment successfully completed in September, 2020 and ongoing relief supervisor

**ACTING SUPERVISORY FORENSIC ACCOUNTANT (GS-13)**    Phoenix, AZ
                                                       November, 2013 – March 2014

- Supervised 9 Forensic Accountants located in Phoenix and Tucson, Arizona
- Improved lead tracking and reporting for better transparency to facilitate better lead assignments and quarterly file reviews
- Reviewed investigative reports and audits for errors, offer suggestions for improvement, and leverage best practices amongst the group
- Attended supervisor conferences and share the communications with the group

RIDENOW POWERSPORTS                                    Tempe, AZ
**ASSISTANT CONTROLLER/MANAGER**                        October, 2005 – September, 2009

- Managed two different high-volume departments: two employees processing payroll for 1,300+ employees and two Corporate Accountants
- Provided performance reviews, set annual goals, and implemented corrective actions for the staff
- Compiled financial records for 29 locations representing $350M+ in yearly sales and $163M in assets
- Review daily cash flow needs and utilize a $14M revolving line of credit when necessary
- Audit employee records within the payroll system to ensure consistent and complete pay checks
- Reconciliation of Corporate operating cash accounts, 500+ disbursements totaling $5M per month
- Manage two different Corporate credit card programs that equate to $100K in transactions per month
- Submit property valuation reports to 6 different states on $12M in fixed assets
- Participate with Human Resources and other departments to continuously look for process improvements

HONEYWELL                                              Phoenix, AZ
**SENIOR FINANCIAL ACCOUNTANT**                        December, 2003 – October, 2005
- Prepare supplemental balance sheet schedules that represent $4.8B for corporate headquarters
- Consolidate the financial statements within Hyperion for 104 entities across 10 countries
- Observe month end cycle times to ensure timely and accurate submission of a 3 day close cycle
- Report and reconcile 20 headquarter entities for monthly, quarterly, and yearly information
- Utilize Hyperion and Essbase programs within Citrix for ad hoc management presentations
- Review financial fluctuations on quarterly statements and seek explanations for unusual changes

HONEYWELL                                              Phoenix, AZ
**SENIOR COST ACCOUNTANT**                             January, 2000 – December, 2003
- Oversee the Government inventory and Military repair and overhaul costing
- Maintain two separate repair and overhaul ledgers which totaled $4M in inventory
- Monitor and maintain cost activity to and from four different cost systems
- Reconcile WIP and Finished Goods on 12 inventory accounts and analyze account variances
- Manage cost inputs to Aerospace components
- Recognize timely and accurate General Ledger entries within a 2 day close cycle
- Coordinate two yearly physical inventories and resolve inventory differences within one month
- Certified Six Sigma/Greenbelt project that ensured accurate unit costs on 30% of the parts automatically and therefore reduced cycle time by 45%

FLEMING COMPANIES                                      Phoenix, AZ
**A/P MANAGER**                                        March, 1998 – January, 2000
- Supervise 7 directly reporting associates and administer yearly appraisals
- File four different state tax reports and ensure compliance of state tax laws in AZ, CA, and NM
- Prepare weekly FLASH financial standings for several departments
- Support the yearly budgeting of the PLAN and continuous monthly analysis
- Perform various departmental audits and coordinate with Auditors
- Maintain monthly physical inventory reconciliation and research variances
- Create and improve Excel spreadsheets with Macros and an efficient flow

## Education

**MASTER OF BUSINESS ADMINISTRATION**                  Tempe, AZ
W.P. Carey School of Business, Arizona State University    May, 2005

**BACHELORS OF SCIENCE, ACCOUNTANCY**                  Tempe, AZ
Arizona State University                               December, 1997

## Certifications

**CERTIFIED PUBLIC ACCOUNTANT** Arizona State Board of Accountancy
Certificate # 12349E – Active Status                   August, 2002

**CERTIFIED FRAUD EXAMINER** Association of Certified Fraud Examiners
Member # 584872 – Active Status                        September, 2010

## Organizations

UNIVERSITY OF PHOENIX                                  Phoenix, AZ
Professor – Master's Program                           March, 2007 – Present

RANCHO VISTA TOWNHOUSE ASSOCIATION                     Scottsdale, AZ
Financial Planner, Treasurer                           March, 2002 - Present

ARIZONA GROCERS CREDIT UNION                           Phoenix, AZ
Board of Directors, Secretary                          May, 1998 – March, 2006

**Honors and Awards**

- NHCAA Excellence in Public Awareness Award (2023)
- American Greed – Online Dating Trap: Season 12, Episode 14 (2018)
- FBI Metal of Excellence (2017)
  - "Exceptional initiative and professionalism as the Phoenix FBI representative at all AIGWG and NIGC meetings and conferences, in addition to the continued outstanding case support which resulted in numerous intelligence reports, convictions, and forfeitures."
- Class Speaker for the inaugural FACTS class (2010)

**Testimony**

US vs Paxton Jeffrey Anderson, et al., 2014, 2:12-CR-01606-SRB, United States District Court, Arizona
US vs Willie Gene Woodard, 2015, 2:10-CR-01721-DLR, United States District Court, Arizona
US vs Elseddig Elmarioud Musa, 2016, 2:15-CR-01265-DLR, United States District Court, Arizona

**Professional Skills**

| | | |
|---|---|---|
| Corporate Compliance | Reporting Systems | Cross-functional Teams |
| Financial Analysis | Scheduling Coordinator | Process Documentation |
| Multi-Cultural Interaction | Continuous Learner | Problem Resolution |