

**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Nicholas W. Merritt, #037770
*Attorneys for Defendant Adam Weinstein*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00541-PHX-SMB (DMF) |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE** |
| **Adam Weinstein, et al.** | |
| Defendants. | |

    Defendant Adam Weinstein, by and through undersigned counsel, hereby requests the Court reschedule his initial appearance on April 23, 2025. Mr. Wilenchik is unable to appear on April 23, 2025 at 11:00 am and requests continuation until after April 28, 2025. The April 23, 2025 hearing date was set prior to our firm's notice of appearance and prior to Mr. Weinstein retaining this firm. Any accommodation would be greatly appreciated.

RESPECTFULLY SUBMITTED on April 16, 2025.

**WILENCHIK & BARTNESS, P.C.**

/s/ *Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
Nicholas W. Merritt
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered CM/ECF participants in this case. I also sent the foregoing document to the following via email as follows:

Timothy Courchaine
United States Attorney
District of Arizona
Kevin M. Rapp
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004
kevin.rapp@usdoj.gov
*Attorneys for Plaintiff*

/s/ *Alice Nossett*