

Dennis I. Wilenchik, #005350
Nicholas W. Merritt, #037770
admin@wb-law.com
*Attorneys for Defendant Adam Weinstein*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00541-PHX-SMB (DMF) |
| **Plaintiff,** | |
| v. | **ORDER** |
| Adam Weinstein, et al. | |
| **Defendants.** | |

This matter, having come before the Court on Defendant's Motion to Continue and good cause having been found, it is hereby:

ORDERED granting Defendant's Motion to Travel out of State

ELECTRONICALLY SIGNED AND DATED