# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00541-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Adam Weinstein, et al., | |
| Defendants. | |

The Court having recused itself in the above-stated cause number and Judge Diane J. Humetewa having been randomly drawn,

IT IS ORDERED reassigning this case to Judge Diane J. Humetewa for all further proceedings. All future pleadings shall bear the following case number: CR-25-00541-PHX-DJH.

Dated this 28th day of April, 2025.

Dominic W. Lanza
United States District Judge