

Dennis I. Wilenchik, #005350
Nicholas W. Merritt, #037770
admin@wb-law.com
*Attorneys for Defendant Adam Weinstein*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Adam Weinstein, et al.<br><br>Defendants. | Case No. 2:25-cr-00541-PHX-DJH<br><br>**SECOND AMENDED MOTION TO CONTINUE TRIAL AND EXTEND TIME TO FILE PRETRIAL MOTIONS**<br>(First)<br><br>**Defendant Not In Custody** |

Defendants Adam Weinstein, by and through undersigned counsel, hereby requests the Court reschedule the trial set for June 3, 2025. Mr. Weinstein was not arraigned until April 30, 2025, allowing Mr. Weinstein less than one month to prepare for trial. Similarly, Mr. Dixon's former attorney, Lee Stein, has withdrawn as counsel of record and Mr. Dixon is in the process of obtaining new counsel. Mr. Dixon's new counsel would have a matter of weeks to prepare for the trial, a patently untenable situation. For these reasons, Defendant Weinstein requests that the court reschedule the trial date to January 2026.

Defendants also seek an extension of the deadline to file motions from May 14, 2025 to two weeks prior to the trial date. In addition to the above-mentioned reasons for a continuance,

the parties have yet to exchange any disclosure, and the prosecution has failed to disclose any evidence whatsoever despite being required to disclose favorable and exculpatory evidence by *Brady* and its progeny as well as the Arizona Ethical Rules, significantly impairing Mr. Weinstein's ability to file motions in this case by the May 14, 2025 deadline and implicating his right to due process. See ER 3.8 ("The prosecutor in a criminal case shall:… make timely disclosure to the defense of all evidence or information known to the prosecutor that tends to negate the guilt of the accused or mitigates the offense, and, in connection with sentencing, disclose to the defense and to the tribunal all unprivileged mitigating information known to the prosecutor, except when the prosecutor is relieved of this responsibility by a protective order of the tribunal"). Disclosure of evidence less than two days before the motion deadline is not timely.

Mr. Rapp has been contacted and objects to this motion.

**RESPECTFULLY SUBMITTED** on May 12, 2025.

**WILENCHIK & BARTNESS, P.C.**

 */s/ Nicholas W. Merritt*
Dennis I. Wilenchik, Esq.
Nicholas W. Merritt, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered CM/ECF participants in this case. I also sent the foregoing document to the following via email as follows:

Timothy Courchaine
United States Attorney
District of Arizona
Kevin M. Rapp
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004
kevin.rapp@usdoj.gov
*Attorneys for Plaintiff*

/s/ Alice Nossett