# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Adam Weinstein, et al.<br><br>   Defendants. | Case No. 2:25-cr-00541-PHX-DJH<br><br>**ORDER TO CONTINUE TRIAL** |

  This matter, having come before the Court on Defendant's Motion to Continue Trial and good cause appearing,

  **IT IS HEREBY ORDERED** granting the Defendant's Motion to Continue Trial.

  **IT IS FURTHER ORDERED** vacating the trial presently set in this matter for June 3, 2025 at 11:00 a.m. and resetting it for _____, 2026 at _____.

  **IT IS FURTHER ORDERED** resetting the deadline to submit pre-trial motions to _____, 202__.

  Dated this ____ day of May, 2025.

                  _____
                  Honorable Diane J. Humetewa
                  United States District Court