TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KEVIN M. RAPP
Arizona State Bar No. 014249
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Kevin.Rapp@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR- 25-00541-PHX-DJH(DMF) |
| Plaintiff, | |
| vs. | **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL AND DEADLINE FOR MOTIONS [Doc. 38]** |
| Adam Weinstein, | |
| Gerald Dixon, | |
| Defendants. | |

### Argument

The United States does not object to the defendant's motion to continue the trial date. Indeed, undersigned counsel advised defense counsel of the same. (See Ex. A) This case involves straightforward allegations involving a single count of wire fraud, seventeen counts of transactional money laundering sourced from the funds that are the subject of the wire fraud count, and does not necessarily present any complex or novel legal or factual issues. (Doc. 1; Indictment) The case can proceed to trial within eight months, therefore an eight-month continuance, upon the first motion to continue is unwarranted.

Furthermore, the United States is ready and able to provide defendant with Fed. R. Crim.P. 16 discovery upon written request as required. The United States also is aware of its obligations under *Brady v. Maryland* 373 U.S. 83 (1963), and its progeny, and will

1  provide defendant with *Brady* material in a timely fashion if any exists. Lastly, the co-
2  defendant has noticed a new attorney and he has not provided a position regarding a
3  continuance.
4        Given these circumstances, the United States respectfully requests that this Court
5  deny the motion for an extended continuance and set the trial for ninety days. This will
6  allow the parties to review discovery and propose a more realistic trial date. Scheduling
7  the trial at an earlier date will serve the interests of justice, ensure a timely resolution of
8  the case as the victim has a right conferred by statute to "proceedings free from
9  unreasonable delay." 18 U.S.C. § 3771(a)(7) ("Crime Victims' Rights Act" or "CVRA").
10       Respectfully submitted this the 15th day of May, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Kevin M. Rapp*
KEVIN M. RAPP
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, I electronically transmitted the attached Notice of Expert Witness to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*s/D. Parke*
U.S. Attorney's Office