# Exhibit A

| | |
|---|---|
| **From:** | Rapp, Kevin (USAAZ) |
| **To:** | Nicholas Merritt; Dennis Wilenchik; lee@mscclaw.com |
| **Subject:** | RE: USA v. Weinstein , Dixon |
| **Date:** | Friday, May 9, 2025 2:32:00 PM |
| **Attachments:** | image001.png |
| | image002.png |

Mr. Merritt,

Thanks for the email. As written, I must object to the motion to continue until January 2026. I would be willing to agree to a continuance for 90 days and if an additional continuance is required, we can discuss that at a later date. Second, although Mr. Stein has moved to withdraw, he remains attorney of record and there has neither been a substitution filed nor has the court granted the motion. Last, the motion states " the prosecution has failed to disclose any evidence whatsoever, significantly impairing Mr. Weinstein's ability to file motions in this case." I have not received a written request for discovery as required by Rule 16 to trigger the defense's reciprocal discovery obligations.  The motion suggests that you have requested discovery, and we have neglected to provide it.  It is not accurate. Thanks.

Best,


**Kevin M. Rapp| Assistant U.S. Attorney**
**Financial Crimes  and Public Corruption Section**
**U.S. Department of Justice | Office of the United States Attorney**
**40 N. Central Ave., Ste. 1800, Phoenix, AZ  85004**
**602.514.7609, kevin.rapp@usdoj.gov**



**From:** Nicholas Merritt <NicholasM@wb-law.com>
**Sent:** Friday, May 9, 2025 2:05 PM
**To:** Dennis Wilenchik <diw@wb-law.com>; Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; lee@mscclaw.com
**Subject:** [EXTERNAL] Re: USA v. Weinstein , Dixon

Good Afternoon Mr. Rapp,

Are you in agreement with our motion to continue?

Best,

Nick



Nicholas Merritt
NicholasM@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

www.wb-law.com

----------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------

**From:** Dennis Wilenchik <diw@wb-law.com>
**Sent:** Thursday, May 8, 2025 9:25 AM
**To:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; lee@mscclaw.com <lee@mscclaw.com>
**Subject:** Re: USA v. Weinstein , Dixon

Yes thanks and best

Sent via the Samsung Galaxy Z Fold3 5G, an AT&T 5G smartphone
Get Outlook for Android

Sincerely Yours,





www.wb-law.com

**Dennis I. Wilenchik**
Attorney at Law
diw@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

----------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---------------------------

**From:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>
**Sent:** Thursday, May 8, 2025 9:23:55 AM
**To:** Dennis Wilenchik <diw@wb-law.com>; lee@mscclaw.com <lee@mscclaw.com>
**Subject:** USA v. Weinstein , Dixon

Gents:

Hope all is well. Both of you are currently attorneys of record on the above case. I have on my calendar that motions are due on 5/14 with a trial date on 6/3. Is it your intent to file a MTC both of these dates? Please let me know. Thanks.

Best,


**Kevin M. Rapp| Assistant U.S. Attorney**
**Financial Crimes  and Public Corruption Section**
**U.S. Department of Justice | Office of the United States Attorney**
**40 N. Central Ave., Ste. 1800, Phoenix, AZ  85004**
**602.514.7609, kevin.rapp@usdoj.gov**