# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00541-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Adam Weinstein, et al., | (First Request) |
| Defendants. | |

Upon motion of the Defendants, no objection by the Government, and good cause appearing,

**IT IS ORDERED granting in part** Defendants' Motions to Continue Trial and Pretrial Deadlines (Docs. 38 and 45) for the reasons stated in the motions.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendants in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from June 3, 2025 to **September 2, 2025 at 9:00 a.m., in Phoenix, Arizona**, and continuing the pretrial motion deadline until August 1, 2025.

**IT IS FINALLY ORDERED** that if any subpoenas were previously issued and

served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under 18 U.S.C. §3161(h) from <u>June 4, 2025</u> to <u>September 2, 2025</u>.

Dated this 20th day of May, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge