IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Adam Weinstein<br><br>　　　　　Defendant. | No. 2:25-cr-00541-DJH-1<br><br>**WAIVER AND ORDER**<br>Amendment of Release Conditions |

I recognize I have a statutory right under 18:3145, 3148(b), and Federal Rules of Criminal Procedure, Rule 44, to assistance of counsel and a hearing before my Pretrial Release conditions are amended.

I hereby voluntarily waive my statutory right to a hearing and agree to the following addition to my release conditions:

The defendant shall not obtain any new financial accounts without prior notification and approval of Pretrial Services.

KEVIN RAPP
Digitally signed by KEVIN RAPP
Date: 2025.05.20 16:41:19 -07'00'

Kevin M. Rapp

Assistant U.S. Attorney / Date

for Dennis I. Wilenchik

Defense Counsel / Date

| | |
|---|---|
| _____ | _____ 5/16/2025 |
| Adam Weinstein | Sierra J. Cruce |
| Defendant / Date | U.S. Probation Officer / Date |

**ORDER OF THE COURT**

Considered and ordered this 23rd day of May and ordered filed and made a part of the records in the above case.

_____
John Z. Boyle
U.S. Magistrate Judge