IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00541-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Adam Weinstein, et al., | (Third Request) |
| Defendants. | |

Upon motion of the Defendants, no objection by the Government, and good cause appearing,

**IT IS ORDERED granting** Defendants' Motions to Continue Trial and Pretrial Deadlines (Doc. 74) for the reasons stated in the motions.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendants in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from December 2, 2025 to **March 3, 2026 at 9:00 a.m., in Phoenix, Arizona**, and continuing the pretrial motion deadline until February 6, 2026.

**IT IS FINALLY ORDERED** that if any subpoenas were previously issued and

served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under 18 U.S.C. §3161(h) from <u>December 3, 2025</u> to <u>March 3, 2026</u>.

Dated this 4th day of November, 2025.

Honorable Diane J. Humetewa
United States District Judge

- 2 -