# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00541-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Adam Weinstein, | |
| Defendant. | |

Upon consideration of Defendant's Motion to Travel Out of State (Doc. 78), and having no objection by the United States or Pretrial Services,

**IT IS ORDERED granting** the Motion (Doc. 78) and permitting Defendant to travel to and from Nogales, Mexico on November 21, 2025.

**IT IS FURTHER ORDERED** that Pretrial Services shall temporarily return to Defendant his travel documents for purposes of said travel. Defendant shall contact his assigned Pretrial Services Officer prior to leaving and within one (1) working day upon his return, to re-surrender his travel documents.

**IT IS FURTHER ORDERED** affirming all other conditions of pretrial release unless otherwise ordered by the Court.

Dated this 17th day of November, 2025.

Honorable Diane J. Humetewa
United States District Judge