# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00541-PHX-DJH |
| Plaintiff, | **ORDER CONTINUING TRIAL AND SETTING FINAL PRETRIAL CONFERENCE** |
| v. | |
| Adam Weinstein, et al., | (Fifth Request) |
| Defendants. | |

Pursuant to the parties Joint Status Report, and good cause appearing,

**IT IS ORDERED** the trial date presently set for June 2, 2026 will be continued and set for firm trial date on January 12, 2027.

This Court specifically finds that the ends of justice served by a continuance outweigh the best interests of the public and the Defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** continuing the trial as to all Defendants pending trial from June 2, 2026 to January 12, 2027 at 9:00 a.m. in Phoenix, Arizona before the Honorable Diane J. Humetewa and continuing the pretrial motion deadline to December 4, 2026.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and

the party who served the subpoena should advise the witnesses of the trial date.

**IT IS FURTHER ORDERED** setting a Final Pretrial Conference for <u>January 7, 2027</u> at <u>10:00 a.m.</u> before the Honorable Diane J. Humetewa in Courtroom 605 of the Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix, AZ, 85003.

**IT IS FURTHER ORDERED** that counsel who will be responsible for trial of this matter and the defendant shall appear and participate in the Final Pretrial Conference.

**IT IS FURTHER ORDERED** that the parties shall file with the Clerk of the Court the following documents **five (5) business days** before the Final Pretrial Conference (see Attachment A):

1. Joint statement of the case,
2. Witness lists,
3. Exhibit lists,
4. Joint proposed voir dire questions,
5. Joint proposed jury instructions,
6. Joint proposed form of verdict,
7. Joint stipulations of fact and evidence.

**IT IS FURTHER ORDERED** that exhibits shall be delivered to the Courtroom Deputy no later than **48 hours prior to trial.** The parties shall mark and deliver exhibits as described in Attachment A.

The parties may agree to the admission of exhibits before trial. Stipulated exhibits shall be noted as "Stipulated" on the exhibit list of the offering party under the column entitled "Admitted in Evidence." If both parties intend to refer to the exhibit at trial, the exhibit shall be included on the government's exhibit list.

**IT IS FURTHER ORDERED** that counsel shall be prepared to discuss the following at the Final Pretrial Conference:

1. Trial schedule,
2. Voir dire procedures,

- 2 -

3.    Number of witnesses,

4.    Number of exhibits,

5.    Special equipment needs,

6.    Need for an interpreter.

**IT IS FINALLY ORDERED** that any motions in limine shall be filed no later than **ten (10) business days** before the Final Pretrial Conference.  Responses shall be filed no later than **five (5) business days** before the Final Pretrial Conference.  No replies are permitted.

The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B)(iv) from to June 3, 2026 to January 12, 2027.

Dated this 23rd day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 3 -

# ATTACHMENT A
## EXHIBIT AND TRIAL MATERIAL INSTRUCTIONS

1.    **Exhibits**

**No later than 48 hours prior to trial**, the parties shall mark and list the trial exhibits and deliver one (1) original and one (1) copy of the trial exhibits to:

> Courtroom Deputy: Liliana Figueroa
> Email: *liliana_figueroa@azd.uscourts.gov*
> Telephone: (602) 322-7212

2.    **Lists of Witnesses and Exhibits**

**No later than 48 hours prior to trial**, the parties shall deliver one (1) original and two (2) copies of the witness and exhibit lists, using the forms located on the court's website at *http://www.azd.uscourts.gov/judges/judges-orders*, to:

> Courtroom Deputy: Liliana Figueroa
> Email: *liliana_figueroa@azd.uscourts.gov*
> Telephone: (602) 322-7212

3.    **Depositions**

**No later than 48 hours prior to trial**, original transcripts of depositions to be used at trial shall be delivered to:

> Courtroom Deputy: Liliana Figueroa
> Email: *liliana_figueroa@azd.uscourts.gov*
> Telephone: (602) 322-7212

The party offering a deposition or portions thereof shall provide a certified copy of the transcript in accordance with the federal rules.  A courtesy copy or portions of the deposition to be used at trial shall be provided to the Judge.

4.    **Proposed Voir Dire Questions**

This Court's proposed set of voir dire questions can be found at *http://www.azd.uscourts.gov/judges/judges-orders*.  To the extent possible, the parties shall file a joint list of supplemental questions not to exceed six (6) questions per party.  Each party shall include the name(s) of any third party not otherwise listed as a witness who may be mentioned at trial or relevant to the case.  Upon filing their proposed voir dire questions, the parties shall submit by email a copy of the proposed voir dire questions in Microsoft

Word format to *humetewa_chambers@azd.uscourts.gov*.

5.    **Joint Proposed Jury Instructions**

Upon filing their joint proposed jury instructions, the parties shall submit by email a copy of the proposed jury instructions in Microsoft Word format to *humetewa_chambers@azd.uscourts.gov*.  The proposed jury instructions should follow the format of the Ninth Circuit Model Criminal Jury Instructions (2010 Edition) available on the court's website at *http://www.azd.uscourts.gov/judges/judges-orders*.

Disputed instructions shall be noted as such at the top of each instruction.  Where an instruction is disputed, immediately following the content of the instruction, the proponent shall state supporting citations and authorities for the instruction.  The party opposing the instruction shall state all objections to the instruction with citations and authorities supporting the objection.  Where there are multiple defendants, identify the proposing or opposing party.

6.    **Courtroom Technology**

Should the parties wish to test courtroom technology and equipment or have related questions, they may contact AV Support at av_support@azd.uscourts.gov or 602-322-7160, no later than one week prior to trial.  See details on the Court's website at *http://www.azd.uscourts.gov/judges/judges-orders* at the Electronic/Video Courtroom Equipment Information link.

7.    **Transcripts and Recording of Proceedings**

If a party requires special transcript services such as daily copies or real-time, they should make such requests **no later than two (2) weeks prior to trial** to Hilda Lopez at *hilda_lopez@azd.uscourts.gov*.