**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Adam Weinstein,<br>Defendant. | No. CR-25-00541-001-PHX-DJH<br>**ORDER**<br><br>(Second Request) |

Upon consideration of Defendant's Motion to Travel Out of State (Doc. 111), and having no objection by the United States or Pretrial Services,

**IT IS ORDERED granting** the Motion (Doc. 111) and permitting Defendant to travel to and from Los, Angeles, California on July 3-6, 2026, and to and from Maine on July 12-26, 2026.

**IT IS FURTHER ORDERED** that Defendant shall contact his assigned Pretrial Services Officer prior to leaving and within one (1) working day upon his return from each destination.

**IT IS FURTHER ORDERED** affirming all other conditions of pretrial release unless otherwise ordered by the Court.

Dated this 2nd day of July, 2026.

Honorable Diane J. Humetewa
United States District Judge